900

CHARLOTTE LEZYNSKI, Individually and as Administratrix of the Estate of PETER LEZYNSKI, Deceased, Appellant, *v.* JOSEPH KASPRZYK et al., Defendants, and JOSEPH PANTERA et al., Respondents.

Argued February 25, 1954; decided April 8, 1954.

*Maurice Abloff* for appellant.

*William L. Rieth* and *Joseph F. Pantera* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: Lewis, Ch. J., Conway, Desmond, Dye, Fuld, Froessel and Van Voorhis, JJ.